UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 03-10162 |
| | ) |
| James Hollingsworth | ) |

**ORDER OF THE COURT TO REDUCE THE DEFENDANT'S TERM OF SUPERVISED RELEASE BY ONE YEAR.**

In accordance with Title 18 U.S.C. §3583(e)(1), the Court hereby ORDERS that, as of **September 2, 2015, James Hollingsworth's** term of supervised release is reduced by one year following his successful completion of the Court Assisted Recovery Effort.

_/s/ Leo T. Sorokin_
HON. Leo T. Sorokin
UNITED STATES DISTRICT JUDGE